

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-14-00281-CV

**IN RE VERANO LAND GROUP, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On April 23, 2014, relator Verano Land Group filed a petition for writ of mandamus and a motion requesting emergency relief pending a ruling on the mandamus petition. The court considered the motion for emergency relief, and the response to that motion filed on behalf of the real parties in interest, and issued an order denying emergency relief on April 24, 2014. Verano then filed a motion for reconsideration of the order denying emergency relief. The real parties in interest filed a response and Verano replied. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for reconsideration of the order denying emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 8th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI01753, styled *Fulbright & Jaworski, LLP v. Verano Land Group, LP*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.